Reuben D. Nathan, Esq.. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:     (949) 486-1889

(THIS SPACE FOR FILING STAMP)

Attorneys of Record for Plaintiff, Mattie Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>FILCO DESIGN CENTER, LLC dba FILCO DISCOUNT CENTER; BECKMAN RANCH NORTH, LLC and Does 1 through 10, inclusive.<br><br>         Defendants. | Case No.: CIV.S-06-232 MCE JFM<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c)** |

PLEASE TAKE NOTICE THAT Plaintiff dismisses all Defendants and the Complaint in its entirety, without prejudice, each party to bear its own attorneys' fees and costs of suit.

- 1 -

| | | |
|---|---|---|
| 1 | DATED: April 3, 2006 | AZIMY & NATHAN, LLP |

BY: /s/ Reuben D. Nathan, Esq.
    Reuben D. Nathan, Esq.
    Attorney for Plaintiff, Joseph Abdullah

## ORDER

Plaintiff's Complaint and all Defendants thereto are dismissed, without prejudice, each party to bear its own attorneys' fees and costs of suit.

Dated: April 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE